# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Edward G. Webb,<br><br>        Plaintiff,<br><br>vs.<br><br>James J. Kubicka,<br><br>        Defendant, | District No.    2:05-CV-00917-JCM(GWF) |

## JUDGMENT IN A CIVIL CASE

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the has granted a directed verdict.

_X_ **Decision by Court.** This action came to be considered by the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss for Lack of Personal Jurisdiction has been granted. Therefore, judgment is entered in favor of Defendant James J. Kubicka and against Plaintiff Edward G. Webb.

Lance S. Wilson
Clerk

/s/ Lance S. Wilson

November 15, 2006
Date